**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Guillermo Gomez    JOINT DEBTOR: _____    CASE NO.: 16-11271-RAM
Last Four Digits of SS# XXX-2229    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 712.48 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650.000   TOTAL PAID $ 1,850.00
Balance Due $ 1,800.000 payable $ 300.00 /month (Months 1 to 6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____/month (Months __ to __)
_____    Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 341.23 /month (Months 1 to 6) and $ 641.48/month (Months 7 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay his mortgage outside of the plan to Chase Mortgage (Account No.XXX-0355) for his homestead property located at 250 E 53rd Street, Homestead, FL 33031.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for the Debtor                    Attorney for the Joint Debtor
Date: 2/11/2016                             Date: _____

LF-31 (rev. 01/08/10)