UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Guillermo Gomez                                Case No: 16-11271-RAM
                                                        Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY,** that a true and correct copy of the Agreed Order to Employer to Deduct and Remit and for Related Matters all interested parties on March 28, 2016 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Guillermo Gomez
250 E 53 Street
Hialeah, FL 33013

Clarkdietrich Building Sytems, Inc.
9100 Centre Pointe Drive #210
West Chester, OH 45069

                              Respectfully Submitted:
                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 West 49th Street
                              Hialeah, FL 33012
                              Tel. 305-687-8008

                              By:*/s/ Robert Sanchez*_____
                              Robert Sanchez, Esq., FBN#0442161