**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Guillermo Gomez    JOINT DEBTOR:_____    CASE NO.: 16-11271-RAM
Last Four Digits of SS# XXX-2229    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 621.14 for months 1 to 6; in order to pay the following creditors:
B.  $ 36,713.59 for months 7 to 7; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650.00 + $525 (Motion to Modify) = 4175
                   TOTAL PAID $1,850.00 Balance Due $ 2,325.00
                              payable $ 250.00 /month (Months 1 to 6 )
                                      $ 825.00 /month (Months 7 to 7 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment $_____/month (Months __ to __)
_____    Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
                            Payable $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00 /month (Months 1 to 6 ) and $ 32,217.23/month (Months 7 to 7 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay his mortgage outside of the plan to Chase Mortgage (Account No.XXX-0355) for his homestead property located at 250 E 53rd Street, Homestead, FL 33031. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Guillermo Gomez_____
Debtor
Date: 8/12/16                                    Joint Debtor
                                                 Date:_____
LF-31 (rev. 01/08/10)